1 | DANIEL J. BRODERICK, Bar #89424
  | Federal Defender
2 | TARA I. ALLEN, Bar #235549
  | Staff Attorney
3 | 801 I Street, 3rd Floor
  | Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | TAMIKA TATE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mj No. S-07-00010-GGH |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | Date: April 16, 2007 |
|  | ) | Time: 9:00 a.m. |
| TAMIKA TATE, | ) | Judge: Gregory G. Hollows |
| Defendant. | ) |  |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, TAMIKA TATE, by and through his counsel TARA I. ALLEN of the Federal Defenders Office, stipulate that the court trial set for March 5, 2007 at 9:00 a.m. be rescheduled for April 16, 2007 at 9:00 a.m.

Dated: February 28, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter, CAFD for

TARA I. ALLEN
Staff Attorney
Attorney for Defendant
TAMIKA TATE

/ / /

/ / /

```
 1  Dated:  February 28, 2007           MCGREGOR W. SCOTT
                                        United States Attorney
 2
                                        /s/ Matthew Stegman
 3
                                        _____
 4                                      MATTHEW STEGMAN
                                        Assistant U.S. Attorney
 5                           O R D E R

 6

 7      IT IS HEREBY ORDERED that the court trial be rescheduled to

 8  Monday, April 16, 2007 at 9:00 a.m.

 9      IT IS SO ORDERED.

10
11  Dated:  March 12, 2007               GREGORY G. HOLLOWS
12                                       _____
                                         GREGORY G. HOLLOWS
13                                       United States Magistrate Court
```

Stipulation and Order re: Tamika Tate